

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,397, AP-76,398 & AP-76,399

### EX PARTE EARL MARKEITH HENDERSON, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 08-02608-CRF-272, 07-06404-CRF-272 & 07-06405-CRF-272
### IN THE 272ND DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In cause number 08-02608-CRF-272, Applicant was convicted of two counts of assault on a public servant and sentenced to imprisonment for ten years on each count. In cause number 07-06404-CRF-272, he was convicted of one count of aggravated assault on a public servant and one count of evading arrest and sentenced to imprisonment for forty and ten years, respectively. In cause number 07-06405-CRF-272, he was

convicted of aggravated robbery and sentenced to imprisonment for twenty years.

Applicant contends, among other things, that his counsel rendered ineffective assistance because he failed to file notices of appeal. The trial court has determined that trial counsel failed to file notices of appeal. We find, therefore, that Applicant is entitled to the opportunity to file out-of-time appeals of the judgments of conviction in cause numbers 08-02608-CRF-272, 07-06404-CRF-272 and 07-06405-CRF-272 from the 272nd Judicial District Court of Brazos County. Applicant is ordered returned to that time at which he may give written notices of appeal so that he may then, with the aid of counsel, obtain meaningful appeals. All time limits shall be calculated as if the sentences had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute appeals, he must take affirmative steps to file written notices of appeal in the trial court within 30 days after the mandate of this Court issues.


Delivered: August 25, 2010
Do Not Publish